7 May, 2021

United States Courts
Southern District of Texas
FILED

MAY 17 2021

Nathan Ochsner, Clerk of Court

DAVID BRADLEY
United States District Clerk
Southern District of Texas
1133 North Shoreline, RM. 208
Corpus Christi, Texas 78401

RE: In the Matter of FRED HOFFMAN v. JEFFERY RICHARDSON, et al.

Cause No. 2:18-CV-333

Dear Clerk,

Please find enclosed PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITH BRIEF IN SUPPORT, and all papers in support of this filing. Please file this into the record in the above styled and referenced case number and please bring this RESPONSE to the Court's attention once filed into the record, as timely filed. Enclosed you will find:

1) PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION FOR ... - 32 pgs

2) EXHIBIT ZZ - PLAINTIFF'S DECLARATION IN OPPOSITION TO THE ..... - 34 pgs

3) EXHIBIT 15 - OMBUDSMAN COMPLAINT OVER RETALITORY & FALSIFIED... - 10 pgs

4) EXHIBIT 16 - OMBUDSMAN COMPLAINT FOR CONFISCATION OF LEGAL BOOKS - 12 pgs

I am at the mercy of the Unit mailroom, Unit Law Library, and the U.S. Post office as to my getting them there, and the mercy of the Court's staff as to my getting them filed timely and properly. Any assistance in this very time sensitive matter is greatly appreciated.

Respectfully Submitted,

*Fred Hoffman*
FRED HOFFMAN, III, PRO SE
TDCJ# 1662898
Bill Clements Unit
9601 Spur 591
Amarillo, Texas 79107

CC: FILE
    and
    Mr. Jonathan Pena

ENCLOSURES

