18 May, 2021

United States Courts
Southern District of Texas
FILED
MAY 20 2021
Nathan Ochsner, Clerk of Court

Mr. Nathan Oschner, Clerk
United States District Court
Southern District of Texas
1133 N. Shoreline Blvd., RM 208
Corpus Christi, Texas 78401

RE: In the Matter of FRED HOFFMAN v. JEFFERY RICHARDSON, et al.
Case No. 2:18-CV-333

Dear Clerk,

Please find enclosed the funds to cover the enclosed quote from your office. Please mail me the Docket Entry 111, including the five attachments to the below address.

Also I need a quote for 2 copies of my Supplemental Exhibits GG-YY, that I mailed to you last week. I have no idea what the docket entry is for them, but they were mailed on April 30th, 2021. Also this quote should be for one copy to be mailed me here at this address, and I want the other copy to be sent to Mr. Jonathan Pena, at his address also listed below.

I had previously asked for a quote over these exhibits, but never heard anything back, is why I am sending this again. I want to thank you for a prompt response to this request.

Respectfully Submitted,

DATE: 05/18/21

FRED HOFFMAN, III, PRO SE
Plaintiff
TDCJ# 1662898
Bill Clements Unit
9601 Spur 591
Amarillo, Texas 79107

CC: FILE

and

Attorney General of Texas
Law Enforcement Defense Division
ATTN: Mr. Jonthan Pena
P.O. Box 12548
Austin, Texas 78711-2548

ENCLOSURES