EXHIBIT A

IN THE DEPARTMENT OF CRIMINAL JUSTICE

OF THE STATE OF TEXAS

IN AND ON THE BILL CLEMENTS UNIT

POTTER COUNTY, TEXAS

FRED HOFFMAN, III, TDCJ# 1662898                    OFFENDER

MY STATEMENT FOR SUBSEQUENT STORAGE ISSUES & CASE WROTE ON 4/22/21

TO WARDEN GONZALEZ, UGO, ATC, DHO, & ALL TDCJ LEVEL INVESTIGATORS,

Comes now, FRED HOFFMAN, III, the injured party and respectfully declares the following facts in the above matter and will offer the following:

The following declaration/statement is true and correct, and can be also verified by the ONLY impartial witness to the incident: TLV/SURVEILLANCE cameras on C-POD (ECB/HS bldg.); it can also be verified by my eye-witness one: MS. MEZA (Asst. Sup. BC mailroom); it can also be verified by my follow-up conversations & I-60's with BC Law Library staff and CPT. PRECIADO, so there is no way any of this is in question and all are valid facts & events.

Since my arrival on the Bill Clements Unit I have repeatedly contacted the Bill Clements Law Library in regards to my large amounts of legal materials I possess, both before the arrival of my property from the McConnell Unit and after it arrived as well. My goal was to keep BC Law Library staff updated as to the amounts of materials I own, how much is in route from the mail, how much is in route from the ML Unit, and how much I expect to have arrive in total. I also started this process, by my requesting subsequent storage as well.

For years prior to my arrival on the BC Unit, I have stored my property un-interrupted in my cell on the ML Unit, without being harassed by staff over how much I have, nor how I store it both in & out of the locker. Also lockers on the ML Unit were larger than on the BC Unit, and were lockable. TDCJ staff knew of my active litigation issues, and accepted that I had large amounts of legal materials & books in my cell.

What follows next is a chronological breakdown of my efforts, followed by multiple confiscations of my property, including legal materials; and then the writing of a case that was written early, without giving me time of 7 days to try and correct the issues that were being complained about.

PAGE 1

04/01/21 - I receive 13 out of the 14 bags sent from the McConnell Unit, and advise BC Property officer Guttierrez of the missing property. She annotates the PROP-05, and leaves. About an hour later I am moved to C-pod, 114, bottom.

04/02/21 - Sent an I-60 to LL again advising of the arrival of most of my ML property the day before, current court deadlines, destroying over 5,000 pages of duplicates, and that I need more time to condense.

I also advise that I am making arrangement for attorney Robert N. Virden, to come from Dallas and pick-up extra legal materials, that are needed for later. SEE: I-60 dated 4/02/21; EXHIBIT G; and this one was not responded to.

04/06/21 - Mr. Holt comes to my cell with CPT. PRECIADO, after hearing of the complaints over my property from WARDEN GONZALEZ & more. I advise on everything I am doing to condense, but that I am hampered by court deadlines as well. I also explain that attorney Robert N. Virden has agreed to pay for postage to get all the excess to his office, as he cannot take time off to drive here.

Mr. Holt advises he has not read the I-60 from 4/2/21 yet, and then states that he will be back to confiscate some of the property.

04/12/21 - Sent an I-60 to LL again advising I bought 70 legal manila envelopes from commissary, to be able to use while sorting out for mailing the legal materials that will go to Dallas. Also advise that as soon as all court deadlines are met, that I will begin sorting of it. SEE: I-60 dated 4/12/21; EXHIBIT H; and this one was not responded to.

04/22/21 - Mr. Holt, CO D. JOHNSON, & another officer come to my cell, while I am in it working on legal work, have materials & property strewn all about while I am sorting & working on court responses, and states they are there to confiscate whatever does not fit in the one square foot wooden box they have with them.

I am not given a chance to arrange anything, put up anything back in the locker, nor clean up at all.

I am also told that my legal books are ALL considered personal property, and any I keep have to fit in the box. I complain about this as I specifically picked out books that their content is NOT in the Law Library.              PAGE 4

## CONFISCATED LEGAL BOOKS ON 4/22/2021

| TITLE | AUTHOR(S) | RETAIL |
|---|---|---|
| O'Conner's Texas Civil Appeals 2015 | Alessandra Beavers & Michol OConner | $115.00 |
| O'Conner's Texas Rules * Civil Trials 2017 | Michol O'Conner | $119.00 |
| O'Conner's Texas Civil Forms 2017 | Michol O'Conner | $125.00 |
| O'Conner's Texas Crimes & Consequences 2016-2017 | Todd Dupont II & Michol O'Conner | $ 49.00 |
| O'Conner's Texas Criminal Codes Plus 2017-2018 | George McCall Secrest Jr. | $149.00 |
| O'Conner's Texas Civil Practice & Remedies Code Plus | David J. Beck & Michol O'Conner | $129.00 |
| The Colossal Book of Criminal Citations Sixth Edition | Barkan Research - Richard Davis | $ 99.95 |
| Winning Habeas Corpus and Post Conviction Relief  8th Ed | Fred Stephens | $ 59.50 |
| Post-Conviction Relief: C.O.A. in the Supreme Court | Kelly Patrick Riggs | $ 29.99 |
| The Teenage Brain: A Neuroscientist's Guide to... | Dr. Frances E. Jensen | $ 19.99 |
| Inside the Cell: The Dark Side of Forensic DNA | Dr. Erin E. Murphy | $ 24.99 |
| Disciplinary Self-Help Litigation Manual, 2nd Ed. | Dan Manville | $ 49.95 |

There are three books missing from this list as I cannot remember their titles, and my request to the Law Library for the titles was DENIED. SEE: **EXHIBIT I.**


## LEGAL BOOKS FORCED TO BE PLACED IN PERSONAL PROPERTY BOX ON 4/22/21

| TITLE | AUTHOR(S) | RETAIL |
|---|---|---|
| O'Conner's Federal Rules * Civil Trials 2017 | Michael C. Smith | $106.00 |
| O'Conner's Federal Civil Forms 2016 | Michol O'Conner | $120.00 |
| Prisoner's Self-Help Litigation Manual 4th Ed. | John Boston & Daniel Manville | $ 54.95 |
| The Habeas Citebook: Ineffective Assistance of Counsel | Brandon Sample & Alissa Hull | $ 49.95 |
| The Habeas Citebook: Prosecutorial Misconduct | Alissa Hull | $ 59.95 |
| Smith's Guide to Habeas Corpus Relief for §22.54 | Zachary A. Smith | $ 34.95 |
| Smith's Guide to 2nd or Successive Relief state... | Zachary A. Smith | $ 34.95 |
| The Colossal Book of Civil Citations, 1st Ed. | Richard Davis | $ 49.95 |

These books took up about 65-70% of the room in the box, which made the food bought from commissary not fit into the box, and forced it's confiscation.

PAGE 5

04/22/21 - That is the list of books confiscated, and also the list of the books
that took up room in the 1 foot square box, that I was forced to use
for my personal property. The books made my commissary food not fit
in the box and forced it to be confiscated.

The point being is that the books are legal materials, I picked the
books specifically for content NOT available in the Law Library, and
they should have never been used to fill my personal property area.

Now I am being deprived of food that I normally would be eating, as
I am Jewish, diabetic, and have a damaged stomach lining & eat very
little from what comes out of the kitchen. We are also now on lock-
down being served johnnies and I cannot eat: BREAD, PANCAKES, PRUNES,
RAISINS, PEANUT BUTTER, PORK, or FISH PATTIES. All of this is some
of the main ingredients in the JOHNNIES, and now I will be forced
to eat basically nothing but the meat.

When it comes time to sign the PROP-08, since I do not agree with
anything going on, do not agree to the form being used (outdated),
do not agree to legal books being personal property, I sign my
name followed by the words "Under Duress".

Mr Holt sees this and then makes Ms. Johnson will out another form,
as he will not accept that on the form. I explain that in ten years
I have never had anyone have an issue with that after my signature,
and then sign the new form.

It is during all this that I failed to realize that the property is
being confiscated for improperly stored, not for excessive amounts.
I would have NEVER signed it at all had I noticed that.

My property was out of the locker when they arrived, I never left
my cell either, I was not allowed to re-pack the locker, so there
is no way anything can be deemed improperly stored. I was denied
any attempt at trying to store it, and being forced to fit it in a
box that is smaller than the locker space available makes this a
true case of excessive amounts.

Also the issue with the legal books being personal property again
denied me space that would have allowed NOT ONE ITEM to be taken.

Nothing about all of this meets the elements of Improperly Stored,
but does meet the elements of Excessive amounts.

PAGE 6

04/22/21 - So I am given a copy of the PROP-08 and told that they are going to come back to confiscate legal materials later next week as well. SEE: PROP-08 dated 4/22/21; EXHIBIT O.

04/26/21 - Sent an I-60 to LL asking for titles & authors of the legal books confiscated as personal property, so I can advise attorney Robert N. Virden and attorney Joel De La Garza as to which ones I now no longer have in my possession, in regards to court deadlines and more. SEE: I-60 dated 4/26/21; EXHIBIT I; and this one is responded to: "Those are considered personal property. I am not going to provide that. KH 4/29." This is why I am missing three titles in the list on page 5, and cannot remember their titles.

04/26/21 - Sent an I-60 to LL advising them the storage issues are resolved, as I spent the weekend purging & destroying 10,000 plus pages, and I have over 30,000 pages in 65 envelopes ready to be mailed to Robert Virden for them to pick up. These are valued at well over $14,000. I also request a quote for the shipping costs as well, to provide to Mr. Virden. All property fits in the locker now, nothing is out of the locker, more sorting needs to happen, but I am out of manila envelopes to do so. SEE: I-60 dated 4/26/21; EXHIBIT J; this one is not responded to.

04/29/21 - Sent an I-60 to LL begging for the return of my food as the storage issues were resolved in less than 7 days, per policy. Advise them of the fact I am Jewish, diabetic, & have a damaged stomach lining; as to why I need the food back since lockdown started on 4/26/21. SEE: I-60 dated 4/29/21; EXHIBIT K; this one has not been responded to yet.

I have been targetted by Bill Clements staff, I know of multiple inmates that have EVERY O'Conner's legal book in their cells (outside the locker) and they are never messed with. My legal books were taken because their application has allowed me to embaress TDCJ-CID, WARDEN GONZALEZ, & many more; and educates me on how to assert my rights that were violated by TDCJ in violation of the United States Constitution, and that I redressed successfully in a court of law.

PAGE 7

These legal books also advocate the legitimate use of TDCJ's grievance procedures and urge inmates to contact public representatives or the press about prison conditions, which I have done personally & was published in the Houston Chronicle, and this is why TDCJ's Access to Courts is lying, about the content of my legal books being available in the law library, so therefore they are personal property.

I am being deprived of property I am constitutionally entitled to obtain, which are legal materials & books necessary for Access to Courts. This deprivation and limitation of property has been done in retaliation for my exercising my constitutional right to redress my grievances in a TDCJ grievance, court of law, or in the press.

I maintained all my property since 2014, when MAJORS GONZALEZ & CASTRO left the McConnell Unit, and was returned it all, on every occassion but three, when materials were lost before they were returned. I have been allowed to store all of this in my cell the entire time, without my personal property, legal materials and legal books being taken for good, as was described to me on 4/22/21. This created a defacto policy & rule by law, after seven years of storage.

My legal books, research materials, and third-party legal materials, were specifically picked for their content and information NOT being available in TDCJ's law libraries, and their described content is NOT on the holdings list. My legal books contain, but are not limited to the following legal research materials, NOT available in the law library, that I use in my arguments and quotations, because they are particulary authoritive, for use in both State & Federal courts in Texas, here are some of the content I am describing:

1) Law reviews from Major Law Universities across the United States;

2) Law reviews from Judges, Lawyers, and Legal Professionals in the U.S.;

3) Legal treatises;

4) Legal decisions by the United Nations, that affect TDCJ;

PAGE 8

5) Law encyclopedias, specifically dealing with prisons;

6) Sample forms, briefs, pleadings, & other legal papers, that demonstrate formatting and more;

7) Lists of sources of assistance for TDCJ inmates in court & more;

8) Footnotes & citations from other legal books and publications, so you do not have to buy even more books;

9) sources for additional books and materials, recommended for Texas inmates by the A.C.L.U.;

10) subject matter organized specifically, that explains in layman terms, laws that apply to Texas inmates, and provide information & research not in the law library at all;

11) quotable content of relevance to TDCJ inmates from the Hague conventions, especially in regards to conditions of confinement issues;

12) commentaries designed for inmates from lawyers and Judges;

13) concise sorting of case citations of only inmates who won their civil or criminal cases in a court of law;

14) summaries of relevant laws & rules for courts;

15) instructions on how to obtain discovery materials, "BRADY" materials, & transcripts;

16) proposed amendments to both Texas & Federal Rules of Civil Procedure;

17) quotes usuable in a court of law from legal conventions & seminars given by various level Judges from across the country;

18) how to petition the Supreme Court, learn the true function of the Supreme Court, what it has the power to do, where it comes from, and how you can benefit from it personally;

19) sample practices and procedures for use in Texas courts;

20) relevant court rules not listed in the Texas or Federal Rules of Criminal Procedure and the Texas or Federal Rules of Evidence;

21) citations referenced in these books will support court filings with an accurate listing of case references & assist with the best arguments possible in a court of law, that is not available through research in the outdated books in the law library.

PAGE 9

That is not even close to a complete listing of what my legal books have in them, that is NOT in the law library. Also most of my books are newer than anything available in the law library, and the newer case citations are not even researchable in the law library, due to older books than mine. My legal books are designed to expedite a civil or criminal law practitioner's research by supplementing the Texas & Federal Rules of Criminal Procedure, the Texas & Federal Rules of Evidence, Texas & Federal statutes, Texas & Federal court rules and procedures, Texas & Federal Habeas Corpus rules and procedures, and much more; with case annotations, usually verbatim from the court's actual opinions, but then also include verbatim notes from the Judges themselves, not included in the opinion itself.

The impact on the appearance of justice, when I may not have access to the above required case authorities in my legal books due to confiscation, may not have access to the them also due to forced mailing out of legal materials that formed the basis for a court's decision, has now hampered & interfered with my opportunities to understand and assert my legal rights, while directly interfering with my Access to Courts, especially since I have ACTIVE deadlines in multiple courts, in multiple states. I truly believe all this was an act of censorship as well, as for years not ONE TDCJ employee said anything about my legal research materials & books.

<u>RELIEF REQUESTED</u>

1) that all my legal books be returned to me, and that all my legal books be considered legal materials, not personal property;

2) that the 65 manila legal envelopes in my cell be mailed to attorney Robert N. Virden, as soon as a quote is provided and funded by us;

3) that the disciplinary case written prematurely by BC staff for the improper storage of personal property be dismissed, as the elements are NOT met for improper storage to begin with, and the storage room issues were resolved in less than 7 days per policy;

4) that the decision for my legal books to be considered legal materials be made in writing somehow, so I have something to show future officers who question the validity of that statement;

5) the immediate return of my confiscated food identified in EXHIBITS M & O, given the fact we are on lockdown, I am Jewish, diabetic, and have a very damaged stomach lining that limits what I can eat on lockdown; and because my legal books should have never taken up room in my personal property space anyway; and

6) since all my personal & legal property fits in my assigned locker, that there be no more continued harassment & discrimination involved in the repeated targetting of my legal materials & property in general, or in retaliation either.

Also take NOTICE that I will not be able to file grievances on these types of issues & incidents, as I am already at my limitations of one every seven days, barring my filing of additional grievances. So there is no reason or excuse for the Ombudsman office to try and not investigate this complaint, over pending grievances being filed, there are none. END OF STATEMENT.

Respectfully Submitted,

DATE: 04/30/21

FRED HOFFMAN, III, Injured Party
TDCJ# 1662898

## INMATE DECLARATION

I, FRED HOFFMAN, III, INJURED PARTY, TDCJ# 1662898, being presently incarcerated at the Bill Clements Unit, in Potter County, Texas, declare under the penalty of perjury that the foregoing statement is true and correct.

EXECUTED on this _30th_ day of _APRIL_, 2021.

FRED HOFFMAN, III, DECLARANT
TDCJ# 1662898
Bill Clements Unit
9601 Spur 591
Amarillo, Texas 79107

ENCLOSURES

PAGE 11

LAW LIBRARY - I WAS JUST MOVED TO THE UNIT YESTERDAY, AND I HAVE NOT BEEN
ALLOWED TO MAKE STORE IN OVER 30 DAYS, PLEASE SEND ME AN INDIGENT
ENVELOPE SO I CAN SEND OUT TIME SENSITIVE LEGAL MAIL. I ALSO NEED
SUPPLIES OF PAPER, 5 ENVELOPES, AND A PEN PLEASE. PLEASE DEDUCT COSTS FROM
MY INMATE TRUST FUND. TDCJ'S ATTORNEY IN LITIGATION WITH ME IS GOING TO MOVE
ME IN THE NEXT WEEK OR SO ALSO, I WILL NEED A YELLOW CHAIN BAG PLEASE FOR
ACTIVE LEGAL WORK FOR CHAIN AS WELL, AS DARRINGTON LOST MINE. THANK-YOU. SEE!
U.S.D.C., S.D., CORPUS CHRISTI DIV., HOFFMAN v. WARDEN CASTRO, ET AL, CASE # 2:18-CV-328;
U.S.D.C., S.D., CORPUS CHRISTI DIV, HOFFMAN v. WARDEN RICHARDSON, ET AL, CASE # 2:18-CV-333; &
U.S.D.C., S.D. CORPUS CHRISTI DIV, HOFFMAN v. WARDEN FURR, ET AL, CASE # 2:18-CV-336.
MY ATTORNEY IS JOEL DE LA GARZA.

FRED HOFFMAN
12-C-56

1662898

BILL CLEMENTS

1/s med sg 3

EX. A





2/8/21

Bill Clements Law Library

- Law Library -

# I-60 INMATE REQUEST

TO: BILL CLEMENTS LAW LIBRARY

DATE: 02/13/2021

LOCATION: 10 Bldg, BC

EX.B

# I-60

EX.C

TO: BILL CLEMENTS LAW LIBRARY

DATE: 02/26/2021

LOCATION: BC TEN BLDG.

SUBJECT -

I AM IN NEED OF A LEGAL SESSION. I ALSO HAVE MULTIPLE HEARINGS SCHEDULED IN FEDERAL COURT, AND WAS NOTIFIED BY COUNSEL I HAVE OVER 4,000 PAGES OF LEGAL MATERIALS IN ROUTE. I AM PENDING BEING MOVED BACK TO THE MCCONNELL UNIT AS WELL, AND NEED A YELLOW CHAIN BAG FOR LEGAL DOCUMENTS, SO THAT I CAN TRAVEL WITH ACTIVE LITIGATION. YOUR OFFICE WILL BE CLOSED AT 2-3 A.M., WHEN I CATCH CHAIN + PACK, SO I NEED THE BAG IN ADVANCE PLEASE. THANK-YOU.

FRED HOFFMAN III No: 1662898 UNIT: BC
LIVING QUARTERS: HSA-107B WORK: 1/S Med Sq, 3

SUBJECT - You get Yellow bags after you are approved for subsequent storage.

MR HOLT - MY PROPERTY WAS NOT SHIPPED IMMEDIATELY WHEN I LEFT MCCONNELL, AND I WAS TRYING TO EXPLAIN THAT WHEN YOU WALKED OFF EARLIER, THAT MEANS MY PROPERTY IS NOT CLOSE TO EVEN ARRIVING. I HAVE ALREADY RECEIVED OVER 3,000 PAGES OF LEGAL MATERIALS SINCE MY ARRIVAL, AND ANOTHER 4,000 ARE IN ROUTE. THIS HAS ME WORRIED GREATLY, CAN I PLEASE GET THE YELLOW CHAIN BAG NOW, IN CASE I'M ON CHAIN?

FRED HOFFMAN # 1662898 BC

I-60

EX. D

TO: BC LAW LIBRARY, MR. HOLT

DATE: 3/10/21

LOCATION: 10 BLDG

TEXAS DEPARTMENT OF CRIMINAL ____ — INSTITUTIONAL DIVISION

## INMATE REQ___ ᵀ TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

EX. E

TO: ___BC LAW LIBRARY - MR. HOLT - over ATCP blank forms___  DATE: ___3/18/21___
     *(Name and title of official)*

ADDRESS: _____BC - 10 bldg._____

SUBJECT:

I HAD THOUGHT YOU SAID YOU WERE COMING ON THE 8th TO LOOK AT MY LEGAL MATERIALS, FOR THE CHAIN BAGS? I HAVE MY PERSONAL PROPERTY ON THE TOP SHELF, THEN LEGAL MATERIALS ON THE BOTTOM SHELF, AND ALSO ADDITIONAL LEGAL MATERIALS IN THE BIG SIDE AS WELL, I RECEIVED 14 ENVELOPES OF LEGAL MAIL SINCE WE TALKED, AND STILL HAVE OVER 2,000 PAGES IN ROUTE. MY HEARING WAS MOVED TO THE 15th, BUT I WANT TO MAKE SURE I HAVE BAGS, SO I DONT HAVE TO LEAVE IT AGAIN. THANKS.

FRED HOFFMAN          1662898          BC
HS-A-107-B            1/s med sq. 7

---

SUBJECT: State briefly the problem on which you desire assistance.

MR. HOLT - I am very confused by something here. I have been contacting you since 2/08/21 to be able to ensure that when I catch chain, back to my unit, that I have yellow chain bags, so I am not seperated from my legal materials going back. The reason for this is to not irritate the Judges in my cases again with new extensions, because of no legal property on me. I sent you I60s on 2/08/21, 2/13/21, 2/26/21, 3/10/21, & 3/12/21 over this matter. I also discussed it in person with you on 2/19/21, 2/26/21, 3/03/21, 3/10/21, & 3/11/21 as well, and on 3/11/21 you told me you would come look at my locker on 3/12/21. I also sent you ATCP-01, ATCP-02, & seven ATCP-03 forms fully filled out and signed, as part of this process all the way back in February, 2021. So I was shocked on the night of 3/17/21 to receive a blank set of forms, with five ATCP-03 forms attached, instead of seven. What is going on, am I having to start the process over from scratch?

Name: _____ FRED HOFFMAN _____     No: _____ 1662898 _____   Unit: _____ BC _____

Living Quarters: _____ HS-A-107-B _____     Assignment: _____ i/s med sq 7 _____

**DISPOSITION:** (Inmate will not write in this space)

Mr. Holt has been off all week. We are assuming you may have received more legal work since we sent you the last Sub. Storage Review pack, so we want you to be updated when he is able to get there to do the review.
So do you have all the legal work you're expecting?

I-60

EX. F

TO: LAW LIBRARY BC

DATE: 3/22/2021

LOCATION: BC 10 Bldg

ATTN: 7th I-60 IN RE: SUBSEQUENT STORAGE

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ❑ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❑ *Restoration of Lost Overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❑ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❑ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❑ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❑ *Parole requirements and related information (Unit Parole Counselor)*

7. ❑ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❑ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

E X. G

TO: _____ BC LAW LIBRARY - MR. HOLT _____ DATE: 04/02/21
(Name and title of official)

BC - 10 bldg.

ADDRESS: _____

to coordinate with Mr. Holt obviously. Doing this will in fact confirm:

1) Mr. Holt is in receipt of my fully filled out ATCP-01, ATCP-02, & 7 ATCP-03's

2) The information on these forms has NOT changed, will NOT change, and is in deed up-to-date court information for the application.

3) Mr. Holt has already visually seen that my legal work exceeds the bottom shelf of the locker & extends into the large side of the locker.

4) I have received over 10,000 sheets of legal materials, have had more arrive since Mr. Holt last looked on 3/11/21, and all of it is legal materials.

5) The legal materials I have belong to the 7 ATCP-03's already on file.

I just received thousands of more pages of discovery materials in 2:18-CV-333, with my Grievance history records. Since I still cannot get this application processed, my hearings have been delayed another week, should I go ahead and notify all five courts that I will be seperated with my legal materials, when I catch chain? I almost have the large side of the locker full, more in route

|  |  |  |
|---|---|---|
| FRED HOFFMAN | 1662898 | BC |
| HS-A-107-B | i/s med sq 7 | |

---

**SUBJECT:** *State briefly the problem on which you desire assistance.*

BC LAW LIBRARIAN MR. HOLT - I received some of my property from the ML Unit yesterday, and there is some missing, so I will be forced to file a grievance over that, but you said to let you know when it got here. I am dealing with deadlines in 3 courts of 4/12/21, 4/22/21, and 4/29/21, and am slammed with getting them answered. However, my intention is to try & condense as much as possible as I get done meeting these deadlines. I have been able to get rid of over 5,000 pages of duplicates tonight already, but need more time to condense, as these deadlines are killing me. I am also making arrangements for attorney Robert N. Virden, P.C., to come from Dallas and pick up legal materials that are needed later, once I have had a chance to sort some of it as well. I just wanted to pass along my efforts so far and let you know I will stay on top of this situation, and keep you updated as well.

Name: FRED HOFFMAN    No: 1662898    Unit: BC

Living Quarters: HS-A-107-B  HS-C-114-B    Work Assignment: i/s med sq 07

---

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❑ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❑ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❑ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❑ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❑ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❑ *Parole requirements and related information (Unit Parole Counselor)*

7. ❑ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❑ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

EX. H

TO: _____ BC LAW LIBRARIAN - MR. HOLT _____ DATE: _____ 4/12/21 _____
(Name and title of official)

ADDRESS: _____ BC - 10 bldg. _____

---

TEXAS DEPARTMENT OF CRIMINAL JUSTICE · INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❑ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❑ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❑ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❑ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❑ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❑ *Parole requirements and related information (Unit Parole Counselor)*

7. ❑ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❑ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

EX. I

TO: _____ BC LAW LIBRARY - MR HOLT & CO D. JOHNSON _____ DATE: _____ 04/26/2021 _____
(Name and title of official)

ADDRESS: _____ BC - 10 bldg. _____

BC LAW LIBRARIAN MR. HOLT - Just a new update for you, in regards to my property storage issues on this unit. I bought now 70 manila envelopes from commissary, after buying 60 more today, to be able to use in sorting out the legal materials for mailing or pick-up. I am still slammed over these deadlines ongoing in multiple courts, and will start sorting it out as soon as I meet those deadlines.

Also on another note I have not had any response to my request for research materials, or to be allowed to have a legal session from my other I-60. You had told me that you thought us G2's back here on ECB/HS would be allowed sessions, is that going to be allowed now? or if not can you just please send back here my 3 new requests? Thanks.

Name: FRED HOFFMAN    No: 1662898    Unit: BC

Living Quarters: HS-C-114-B    Work Assignment: i/s med sq 7

DISPOSITION: (Inmate will not write in this space)

I-60 (Rev. 11-90)

---

SUBJECT: State briefly the problem on which you desire assistance.

BC LAW LIBRARY - MR. HOLT & CO D. JOHNSON: I need a copy of the titles & authors for the legal books confiscated last week. I thought when you were writing them down that they were going to be on my copy of the paperwork as well, and did not realize until after you left that they were not. I need these titles & authors to provide both attorneys with the information of which books were taken, and considered personal property. Please respond to this urgent request as soon as possible. Thank you.

Name: FRED HOFFMAN    No: 1662898    Unit: BC

Living Quarters: HS-C-114-B    Work Assignment: i/s med sq 7

DISPOSITION: (Inmate will not write in this space)

KH
04-24

Those are considered personal property. I am not going to provide that.

I-60 (Rev. 11-90)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION**

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility. discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

EX. J

TO: BC LAW LIBRARY - MR. HOLT & CO D. JOHNSON       DATE: 04/26/2021
*(Name and title of official)*

BC - 10 bldg.

ADDRESS:

---

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION**

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

EX. K

TO: BC LAW LIBRARY - MR. HOLT & CO D. JOHNSON       DATE: 4/29/2021
*(Name and title of official)*

BC - 10 bldg.

ADDRESS:

**SUBJECT:** *State briefly the problem on which you desire assistance.*

BC LAW LIBRARY - MR. HOLT & CO JOHNSON: This is to give you a subjective awareness that I have worked to resolve my property storage room issues this weekend, which was within the 7 days allowed by policy in regards to property issues. SEE GRV# 2017164528 & 2017158567 (Full file). I have purged & destroyed over 10,000 pages of duplicates & old files so far. I have 65 legal envelopes marked & ready to mail to Attorney Robert Virden in Dallas, with over 30,000 pages of legal materials in them, & are valued at well over $14,000.00. These can be picked up at any time for mailing, please box them & provide me a quote for mailing cheapest route possible, and how much it will cost additionally to mail certified if possible. I can have Mr. Virden mail you a check or money order directly for the postage, or he can put it on my trust fund, which ever is required. All property fits in the locker now, & more sorting still to do. I ran out of envelopes is all.

Name: _____ FRED HOFFMAN _____ No: _____ 1662898 _____ Unit: _____ BC ___

Living Quarters: _____ HS-C-114-B _____ Work Assignment: _____ i/s med sq 7 _____

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

---

**SUBJECT:** *State briefly the problem on which you desire assistance.*

BC LAW LIBRARY - MR. HOLT & CO D. JOHNSON: This is an urgent request for assistance, since I hav resolved my property storage issues within 7 days as required by policy. I am begging you fo the return of my confiscated commissary food items from 3/30/21 & 4/22/21, to be able to eat during the lockdown. I GUARANTEE you that everything will be ate PRIOR to the end of lockdow I am Jewish, diabetic, & have a stomach lining that has been stripped away due to alcohol poisoning I suffered in the world; so this means I do NOT eat BREAD, PANCAKES, PEANUT BUTTER PORK, PRUNES, RAISINS, or FISH PATTIES. These are some of the MAIN ingredients in JOHNNIES, the BREAD & PANCAKES cause my blood sugar to SKY ROCKET. We were scheduled to goto commissar the same day the lockdown started, so I had ZERO chance to buy more food. Also I have alread advised you to the limitations of what I eat out of the kitchen. Please help me out here!!! Oh yeah, be advised the HS property lady is on vacation.

Name: _____ FRED HOFFMAN _____ No: _____ 1662898 _____ Unit: _____ BC ___

Living Quarters: _____ HS-C-114-B _____ Work Assignment: _____ i/s med sq 07 _____

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

# **Offender Instructions for** <br> **Subsequent Storage Review**



I.   Upon receipt of an offender's I-60 request to the unit's Access to Courts Supervisor, the following ATCP attachments will be provided.

    A.   **Offender Acknowledgement**, ATCP-02: Upon signing the ATCP-02, you acknowledged that you will comply with these instructions by organizing your initial storage container according to the pictorial and agree to provide ATC staff with the necessary information (ATCP-02, ATCP-03, ATCP-04) by   02 -  23  - 2021   in order to verify your request.

    B.   **Legal Material Verify**, ATCP-03: You shall complete an ATCP-03 in order to verify each court cause number. If you have multiple cause numbers it will be necessary to complete a separate ATCP-03 for each number requiring verification. As well, prior to the review your legal material shall be separated by cause numbers.

       **Legal property is defined as**: court orders, court correspondence, briefs, offender grievance Step 1 & Step 2 responses, judgments, pleadings, transcripts, attorney correspondence (less than 6 months old), notes, drafts, etc. You will not be provided a subsequent storage container for the same or like publications available in the law library.

       **Legal stationary items are further defined as:**
       1.   Typing and/or writing paper (shall not exceed 9"x15")-no more than 2" in total
       2.   Business envelopes-no more than a total of 50 envelopes
       3.   Writ envelopes-no more than a total of 25 envelopes
       4.   Carbon paper-no more than a total of 24 sheets
       5.   Pens/pencils-no more than 1 dozen combined total

    C.   **Educational Verify, ATCP-04**, postsecondary college course: You shall complete an ATCP-04 in order to verify each course in which you are enrolled. If you are enrolled in more than one course, it will be necessary for you to complete a separate ATCP-04 for each course requiring verification. Only those offenders who are currently enrolled in a validated/approved postsecondary college course will be afforded the opportunity to qualify for a subsequent storage container. The container shall only be authorized for the duration of the course.

II.  In order to qualify for subsequent storage, you must complete the ATCP-02, ATCP-03, and/or ATCP-04 and submit them to the unit's Access to Courts Supervisor by the date listed above. You not only must complete the necessary forms, but you will have to articulate, justify and verify in some cases, any questionable property being considered for qualification to the Access to Courts Supervisor. Your participation in the subsequent storage review process is essential. Should you choose not to participate, you will certainly impede yourself of qualifying for subsequent storage.

III.  You shall make a good faith effort at purging non-essential, out-dated, or excess property. Prior to the review, you may make disposition of any questionable material by mailing the item(s), at your expense (or in accordance with AD-14.09 & AD-03.72) to any person outside the institution.  However, after the subsequent storage review has started, you are only afforded to make disposition in one of four ways:  mail to someone on your visitors list, have someone pickup the material, mail to your attorney, or request that TDCJ dispose of the item(s).

IV.  At the time of review, your initial storage container shall be configured to the ATCP-02, or a Level 3, Code 35 disciplinary report may be initiated.  Items (i.e., tootsie roll, coke, candy bar) inappropriately stored, excessive amounts of personal material, or items deemed to be contraband shall be confiscated and a Level 3, Code 35 disciplinary report may be initiated.  _Remember, you are only authorized 2 cubic feet (2'L x 1'W x 1'H = 2 cu. ft.) of total storage space (1 cu ft for personal and 1 cu ft for legal / education / medical).  If your unit's initial containers are larger than 2 cu ft, you must "qualify" I-60 request to ATC staff, review by the unit ATC staff, and be approved by the Warden) to use the additional space.  Otherwise, you are in possession of excess personal property and risk that excess personal property being confiscated._



V.  During the review process, all pertinent property (e.g. magazines, books, envelopes, etc.) will be visually inspected to ensure your name and number is legible and is placed on the item(s) prior to the completion of the review process.  Items excluded include, but are not limited to:  TDCJ issued clothing, registered items, typewriter ribbons, carbon paper, etc.

VI.  **You may not possess sensitive information about yourself, staff or security issues.** Any item found in your possession and not authorized will immediately be confiscated as contraband, and a Level 2, Code 16.f. disciplinary report initiated.

VII.  The above process shall be conducted upon your initial request and for any, thereafter, 90-day review.

# Offender Acknowledgement

By my signature, I acknowledge that I will comply with the ATC-01, "Offender Instructions for Subsequent Storage Review" provided to me, by organizing my initial storage container according to the below pictorial and agree to provide ATC staff with the necessary information (ATCP-02, ATCP-03, ATCP-04) by ___ 02 - 23 - 20 21 ___ in order to verify my request.

I also understand that a copy of AD-03.72, "Offender Property" and ATC-040, "Subsequent Storage and Written Contraband" is available for review in the law library.

| FRED HOFFMAN | 01662898 |
|---|---|
| **Offender's Printed Name** | **TDCJ#** |

| ⁀Fred Hoffman III | 02/23/2021 |
|---|---|
| **Offender's Signature** | **Date** |

## Initial Storage Container Pictorial

Your initial storage container (in cell) shall look like the example container below. Remember, you are only **authorized** 2 cubic foot (2'L x 1'W x 1'H = 2 cu. ft.) of **total** storage space (1 cu ft for personal and 1 cu ft for legal / education / medical). *If your unit's initial containers are larger than 2 cu ft, you must "qualify" (I-60 request to ATC staff, review by the unit ATC staff, and be approved by the Warden) to use the additional space.  Otherwise, you are in possession of excess personal property and risk that excess personal property being confiscated.*



ATCP-02                                                        Rev. 02/23/12

ATC-040
Attachment 3
(Rev. 07/19/17)

## VERIFY E-FORM
### VERIFICATION OF OFFENDER CAUSE NUMBER AND COURT DEADLINE
### FOR SUBSEQUENT STORAGE CONTAINER REVIEW

**PURPOSE OF THE VERIFY:**
☐ Certified Mail   ☐ I/M to I/M Correspondence   ☐ Witness Affidavit   ☒ Subsequent Storage

**SECTION I:  OFFENDER INFORMATION**
**(USE SEPARATE E-FORM FOR EACH CAUSE NUMBER SUBMITTED)**

OFFENDER NAME: ____FRED HOFFMAN____   UNIT NAME:  BILL CLEMENTS ___
TDCJ #:___01662898___   CAUSE / APPELLATE #:_____2:18-CV-328_____
CASE STYLE (Ruiz vs. Estelle):___FRED HOFFMAN v. EVELYN CASTRO, et al.____
CRIMINAL/CIVIL (Is this Criminal or Civil case): _____Civil case_____
DISTRICT COURT: United States D.C.___   DIVISION COURT: S.D., Corpus Christi Div.
Is this a  ☒ FEDERAL or a ☐ STATE case
COURT'S TELEPHONE NUMBER: _____

**SECTION II:  CERTIFIED MAIL**
If this verify is for certified mail, the following information must be completed.
1. Did you file this action "Informa Pauperis" or with an "Inability to Pay Affidavit"? ☐ YES   ☐ NO
2. Does this involve a lawsuit currently in a state trial court?   ☐ YES   ☐ NO
3. Answer yes or no, is this:
_____   A motion or response to a motion?
_____   An amended or supplemental pleading, complaint, or petition?
_____   A response or answer to a motion?
_____   A response to an original, amended, or supplemental pleading, complaint, or petition?
4. List parties and/or attorney's names requiring certified mail: _____
_____
5. What rule / statute requires the requested correspondence to be sent via certified mail: _____
_____

**SECTION III:  CORRESPONDENCE**          Date of Incident: _____

If this verify is for correspondence, this section must be completed:  All co-parties (to include their relation, TDCJ-ID numbers, etc.) to the above styled cause must be listed. _____
_____
_____

**SECTION IV:**
**OFFENDER COMMENTS/ADDITIONAL APPLICABLE INFORMATION:**
Assigned Counsel is Mr. Joel De La Garza at 361-884-8808; number to the court unknown to me.
SIGNATURE: _____Fred Hoffm___ DATE:___02/23/2021_____

| OFFICE USE ONLY |
| --- |

Unit ATC staff who verified the above information: _____

Name of person you spoke to at the above noted court: _____

Date Verified: _____   Cause Number was ☐ Active  ☐ Not Active

If not active, date case was closed / disposed / etc.: _____

ATC-040
Attachment 3
(Rev. 07/19/17)

## VERIFY E-FORM
### VERIFICATION OF OFFENDER CAUSE NUMBER AND COURT DEADLINE
### FOR SUBSEQUENT STORAGE CONTAINER REVIEW

## PURPOSE OF THE VERIFY:
☐ Certified Mail   ☐ I/M to I/M Correspondence   ☐ Witness Affidavit   ☒ Subsequent Storage

## SECTION I:  OFFENDER INFORMATION
## (USE SEPARATE E-FORM FOR EACH CAUSE NUMBER SUBMITTED)

OFFENDER NAME: _____ FRED HOFFMAN _____ UNIT NAME: __ BILL CLEMENTS __
TDCJ #: __ 01662898 __ CAUSE / APPELLATE #: ___ 2:18-CV-333 _____
CASE STYLE (Ruiz vs. Estelle): __ FRED HOFFMAN v. JEFFERY RICHARDSON, et al. ____
CRIMINAL/CIVIL (Is this Criminal or Civil case): _____ Civil case _____
DISTRICT COURT: United States D.C. ___ DIVISION COURT: _ S.D., Corpus Christi Div. _
Is this a ☒ FEDERAL or a ☐ STATE case
COURT'S TELEPHONE NUMBER: _____

## SECTION II:  CERTIFIED MAIL
If this verify is for certified mail, the following information must be completed.
1. Did you file this action "Informa Pauperis" or with an "Inability to Pay Affidavit"? ☐ YES ☐ NO
2. Does this involve a lawsuit currently in a state trial court? ☐ YES ☐ NO
3. Answer yes or no, is this:
   _____   A motion or response to a motion?
   _____   An amended or supplemental pleading, complaint, or petition?
   _____   A response or answer to a motion?
   _____   A response to an original, amended, or supplemental pleading, complaint, or petition?
4. List parties and/or attorney's names requiring certified mail: _____
   _____
5. What rule / statute requires the requested correspondence to be sent via certified mail: _____
   _____

## SECTION III:  CORRESPONDENCE          Date of Incident: _____

If this verify is for correspondence, this section must be completed: All co-parties (to include their relation, TDCJ-ID numbers, etc.) to the above styled cause must be listed. _____
_____
_____

## SECTION IV:
## OFFENDER COMMENTS/ADDITIONAL APPLICABLE INFORMATION:
PRO SE case, number to the Court is unknown to me
SIGNATURE: _____ Fred Hoffman Jr. ___ DATE: ___ 02-23-2021 _____

| OFFICE USE ONLY |
|---|

Unit ATC staff who verified the above information: _____

Name of person you spoke to at the above noted court: _____

Date Verified: _____   Cause Number was ☐ Active ☐ Not Active

If not active, date case was closed / disposed / etc.: _____

ATCP-03

ATC-040
Attachment 3
(Rev. 07/19/17)

## VERIFY E-FORM
### VERIFICATION OF OFFENDER CAUSE NUMBER AND COURT DEADLINE
### FOR SUBSEQUENT STORAGE CONTAINER REVIEW

**PURPOSE OF THE VERIFY:**

[ ] Certified Mail   [ ] I/M to I/M Correspondence   [ ] Witness Affidavit   [X] Subsequent Storage

**SECTION I:  OFFENDER INFORMATION**
**(USE SEPARATE E-FORM FOR EACH CAUSE NUMBER SUBMITTED)**

OFFENDER NAME: _____FRED HOFFMAN_____ UNIT NAME: BILL CLEMENTS

TDCJ #: ___01662898_____ CAUSE / APPELLATE #: ____2:18-CV-336____

CASE STYLE (Ruiz vs. Estelle): ____FRED HOFFMAN v. JEFFERY RICHARDSON, et al.

CRIMINAL/CIVIL (Is this Criminal or Civil case): ____Civil Case____

DISTRICT COURT: United States D.C. ____ DIVISION COURT: S.D., Corpus Christi Div.

Is this a [X] FEDERAL or a [ ] STATE case

COURT'S TELEPHONE NUMBER: _____

**SECTION II:  CERTIFIED MAIL**

If this verify is for certified mail, the following information must be completed.

1. Did you file this action "Informa Pauperis" or with an "Inability to Pay Affidavit"? [ ] YES   [ ] NO
2. Does this involve a lawsuit currently in a state trial court? [ ] YES   [ ] NO
3. Answer yes or no, is this:
   - _____ A motion or response to a motion?
   - _____ An amended or supplemental pleading, complaint, or petition?
   - _____ A response or answer to a motion?
   - _____ A response to an original, amended, or supplemental pleading, complaint, or petition?
4. List parties and/or attorney's names requiring certified mail: _____
   _____
5. What rule / statute requires the requested correspondence to be sent via certified mail: _____

**SECTION III:  CORRESPONDENCE**          Date of Incident: _____

If this verify is for correspondence, this section must be completed:  All co-parties (to include their relation, TDCJ-ID numbers, etc.) to the above styled cause must be listed. _____
_____
_____

**SECTION IV:**
**OFFENDER COMMENTS/ADDITIONAL APPLICABLE INFORMATION:**
PRO SE case, number to the court is unknown to me, & this case is on active appeal.

SIGNATURE: ___Fred Hoffman___ DATE: ___2/23/2021___

| *OFFICE USE ONLY* |
|---|
| Unit ATC staff who verified the above information: _____ |
| Name of person you spoke to at the above noted court: _____ |
| Date Verified: _____   Cause Number was [ ] Active [ ] Not Active |
| If not active, date case was closed / disposed / etc.: _____ |

ATCP-03

ATC-040
Attachment 3
(Rev. 07/19/17)

## VERIFY E-FORM
### VERIFICATION OF OFFENDER CAUSE NUMBER AND COURT DEADLINE
### FOR SUBSEQUENT STORAGE CONTAINER REVIEW

## PURPOSE OF THE VERIFY:
[ ] Certified Mail    [ ] I/M to I/M Correspondence    [ ] Witness Affidavit    [X] Subsequent Storage

## SECTION I:  OFFENDER INFORMATION
## (USE SEPARATE E-FORM FOR EACH CAUSE NUMBER SUBMITTED)

OFFENDER NAME: ____FRED  HOFFMAN____ UNIT NAME: __BILL  CLEMENTS__
TDCJ #: _01662898_____ CAUSE / APPELLATE #: ____19-40913____
CASE STYLE (Ruiz vs. Estelle): ____FRED  HOFFMAN  v.  SUSANNA  CORBETT, et al.____
CRIMINAL/CIVIL (Is this Criminal or Civil case): _____Civil case_____
DISTRICT COURT: U.S. Court of Appeals  DIVISION COURT: Fifth Circuit____
Is this a  [X] FEDERAL or a [ ] STATE case
COURT'S TELEPHONE NUMBER: _____504-310-7700_____

## SECTION II:  CERTIFIED MAIL
If this verify is for certified mail, the following information must be completed.
1.  Did you file this action "Informa Pauperis" or with an "Inability to Pay Affidavit"? [ ] YES   [ ] NO
2.  Does this involve a lawsuit currently in a state trial court?  [ ] YES   [ ] NO
3.  Answer yes or no, is this:
    _____  A motion or response to a motion?
    _____  An amended or supplemental pleading, complaint, or petition?
    _____  A response or answer to a motion?
    _____  A response to an original, amended, or supplemental pleading, complaint, or petition?
4.  List parties and/or attorney's names requiring certified mail: _____
_____
5.  What rule / statute requires the requested correspondence to be sent via certified mail: _____
_____

## SECTION III:  CORRESPONDENCE                    Date of Incident: _____
If this verify is for correspondence, this section must be completed:  All co-parties (to include their relation, TDCJ-ID numbers, etc.) to the above styled cause must be listed. _____
_____
_____

## SECTION IV:
## OFFENDER COMMENTS/ADDITIONAL APPLICABLE INFORMATION:
PRO SE case_____
SIGNATURE: _GFred Hoffman_____   DATE: ____2/23/2021____

| OFFICE USE ONLY |
| --- |

Unit ATC staff who verified the above information: _____

Name of person you spoke to at the above noted court: _____

Date Verified: _____   Cause Number was [ ] Active  [ ] Not Active

If not active, date case was closed / disposed / etc.: _____

ATC-040
Attachment 3
(Rev. 07/19/17)

## <u>VERIFY E-FORM</u>
### VERIFICATION OF OFFENDER CAUSE NUMBER AND COURT DEADLINE
### FOR SUBSEQUENT STORAGE CONTAINER REVIEW

## <u>PURPOSE OF THE VERIFY:</u>
☐ Certified Mail  ☐ I/M to I/M Correspondence  ☐ Witness Affidavit  ☒ Subsequent Storage

## <u>SECTION I:</u>  OFFENDER INFORMATION
## (USE SEPARATE E-FORM FOR EACH CAUSE NUMBER SUBMITTED)

OFFENDER NAME: _____FRED HOFFMAN_____ UNIT NAME: _BILL CLEMENTS_
TDCJ #:____01662898____ CAUSE / APPELLATE #:____21-40087____
CASE STYLE (Ruiz vs. Estelle):___FRED HOFFMAN v. JEFFERY RICHARDSON, et al.___
CRIMINAL/CIVIL (Is this Criminal or Civil case):___Civil case___
DISTRICT COURT: U.S. Court of Appeals  DIVISION COURT: _Fifth Circuit_
Is this a ☒ FEDERAL or a ☐ STATE case
COURT'S TELEPHONE NUMBER: _____504-310-7700_____

## <u>SECTION II:</u>  CERTIFIED MAIL
If this verify is for certified mail, the following information must be completed.
1. Did you file this action "Informa Pauperis" or with an "Inability to Pay Affidavit"? ☐ YES  ☐ NO
2. Does this involve a lawsuit currently in a state trial court? ☐ YES  ☐ NO
3. Answer yes or no, is this:
   _____   A motion or response to a motion?
   _____   An amended or supplemental pleading, complaint, or petition?
   _____   A response or answer to a motion?
   _____   A response to an original, amended, or supplemental pleading, complaint, or petition?
4. List parties and/or attorney's names requiring certified mail: _____
_____
5. What rule / statute requires the requested correspondence to be sent via certified mail: _____
_____

## <u>SECTION III:</u>  CORRESPONDENCE          Date of Incident: _____
If this verify is for correspondence, this section must be completed: All co-parties (to include their relation, TDCJ-ID numbers, etc.) to the above styled cause must be listed. _____
_____
_____

## <u>SECTION IV:</u>
## OFFENDER COMMENTS/ADDITIONAL APPLICABLE INFORMATION:
PRO SE case, Active appeal for 2:18-CV-336
SIGNATURE: _Fred Hoffman III_ DATE: ___2/23/21___

| *OFFICE USE ONLY* |
|---|
| Unit ATC staff who verified the above information: _____ |
| Name of person you spoke to at the above noted court: _____ |
| Date Verified: _____   Cause Number was ☐ Active ☐ Not Active |
| If not active, date case was closed / disposed / etc.: _____ |

ATCP-03

ATC-040
Attachment 3
(Rev. 07/19/17)

<u>**VERIFY E-FORM**</u>
**VERIFICATION OF OFFENDER CAUSE NUMBER AND COURT DEADLINE**
**FOR SUBSEQUENT STORAGE CONTAINER REVIEW**

**PURPOSE OF THE VERIFY:**
☐ Certified Mail   ☐ I/M to I/M Correspondence   ☐ Witness Affidavit   ☒ Subsequent Storage

**SECTION I:  OFFENDER INFORMATION**
**(USE SEPARATE E-FORM FOR EACH CAUSE NUMBER SUBMITTED)**

OFFENDER NAME: ____FRED HOFFMAN____   UNIT NAME: __BILL CLEMENTS__
TDCJ #:__01662898____ CAUSE / APPELLATE #:___13-19-00214-CV____
CASE STYLE (Ruiz vs. Estelle):____FRED HOFFMAN v. JAVIER MURO, et al.____
CRIMINAL/CIVIL (Is this Criminal or Civil case): _____Civil case_____
DISTRICT COURT: Texas Court of Appeals  DIVISION COURT: __Thirteenth District of Texas__
Is this a  ☐ FEDERAL or a ☒ STATE case
COURT'S TELEPHONE NUMBER: _____361-888-0416_____

**SECTION II:  CERTIFIED MAIL**
If this verify is for certified mail, the following information must be completed.
1.  Did you file this action "Informa Pauperis" or with an "Inability to Pay Affidavit"? ☐ YES ☐ NO
2.  Does this involve a lawsuit currently in a state trial court? ☐ YES ☐ NO
3.  Answer yes or no, is this:
    _____   A motion or response to a motion?
    _____   An amended or supplemental pleading, complaint, or petition?
    _____   A response or answer to a motion?
    _____   A response to an original, amended, or supplemental pleading, complaint, or petition?
4.  List parties and/or attorney's names requiring certified mail: _____
_____
5.  What rule / statute requires the requested correspondence to be sent via certified mail: _____
_____

**SECTION III:  CORRESPONDENCE**        Date of Incident: _____

If this verify is for correspondence, this section must be completed: All co-parties (to include their relation, TDCJ-ID numbers, etc.) to the above styled cause must be listed. _____
_____
_____
_____

**SECTION IV:**
**OFFENDER COMMENTS/ADDITIONAL APPLICABLE INFORMATION:**
PRO SE case
_____
SIGNATURE: ___Fred Hoffman III___ DATE: ____2/23/21____

| *OFFICE USE ONLY* |
|---|
| Unit ATC staff who verified the above information: _____ |
| Name of person you spoke to at the above noted court: _____ |
| Date Verified: _____   Cause Number was ☐ Active ☐ Not Active |
| If not active, date case was closed / disposed / etc.: _____ |

ATCP-03

ATC-040
Attachment 3
(Rev. 07/19/17)

## <u>VERIFY E-FORM</u>
### VERIFICATION OF OFFENDER CAUSE NUMBER AND COURT DEADLINE
### FOR SUBSEQUENT STORAGE CONTAINER REVIEW

## <u>PURPOSE OF THE VERIFY:</u>
☐ Certified Mail   ☐ I/M to I/M Correspondence   ☐ Witness Affidavit   ☒ Subsequent Storage

## <u>SECTION I:</u>  OFFENDER INFORMATION
### (USE SEPARATE E-FORM FOR EACH CAUSE NUMBER SUBMITTED)

OFFENDER NAME: _____FRED  HOFFMAN_____ UNIT NAME: __BILL  CLEMENTS__
TDCJ #:__01662898____ CAUSE / APPELLATE #:____CR-10-310-C____
CASE STYLE (Ruiz vs. Estelle):____UNITED STATES v. FRED HOFFMAN____
CRIMINAL/CIVIL (Is this Criminal or Civil case): ____Criminal case____
DISTRICT COURT: United States D.C.___ DIVISION COURT: _W.D., OK, Oklahoma City_
Is this a ☒ FEDERAL or a ☐ STATE case
COURT'S TELEPHONE NUMBER: _____

## <u>SECTION II:</u>  CERTIFIED MAIL
If this verify is for certified mail, the following information must be completed.
1. Did you file this action "Informa Pauperis" or with an "Inability to Pay Affidavit"? ☐ YES  ☐ NO
2. Does this involve a lawsuit currently in a state trial court?   ☐ YES   ☐ NO
3. Answer yes or no, is this:
   _____    A motion or response to a motion?
   _____    An amended or supplemental pleading, complaint, or petition?
   _____    A response or answer to a motion?
   _____    A response to an original, amended, or supplemental pleading, complaint, or petition?
4. List parties and/or attorney's names requiring certified mail: _____
_____
5. What rule / statute requires the requested correspondence to be sent via certified mail: _____
_____

## <u>SECTION III:</u>  CORRESPONDENCE          Date of Incident: _____

If this verify is for correspondence, this section must be completed: All co-parties (to include their relation, TDCJ-ID numbers, etc.) to the above styled cause must be listed. _____
_____
_____

## <u>SECTION IV:</u>
### OFFENDER COMMENTS/ADDITIONAL APPLICABLE INFORMATION:
This is a case that I am preparing a 22.55, using new evidence & BRADY materials.
SIGNATURE: ____Fred Hoffman III____ DATE: ___02/23/21___

---

### *OFFICE USE ONLY*

Unit ATC staff who verified the above information: _____

Name of person you spoke to at the above noted court: _____

Date Verified: _____        Cause Number was ☐ Active ☐ Not Active

If not active, date case was closed / disposed / etc.: _____

ATCP-03

ATC-040
Attachment 3
(Rev. 07/19/17)

## VERIFY E-FORM
### VERIFICATION OF OFFENDER CAUSE NUMBER AND COURT DEADLINE
### FOR SUBSEQUENT STORAGE CONTAINER REVIEW

### PURPOSE OF THE VERIFY:
[ ] Certified Mail   [ ] I/M to I/M Correspondence   [ ] Witness Affidavit   [X] Subsequent Storage

### SECTION I:  OFFENDER INFORMATION
### (USE SEPARATE E-FORM FOR EACH CAUSE NUMBER SUBMITTED)

OFFENDER NAME: ___FRED HOFFMAN___   UNIT NAME: __BILL CLEMENTS__
TDCJ #:___01662898___ CAUSE / APPELLATE #:___366-81877-09___
CASE STYLE (Ruiz vs. Estelle):___STATE OF TEXAS v. FRED HOFFMAN___
CRIMINAL/CIVIL (Is this Criminal or Civil case):___Criminal case___
DISTRICT COURT:_Collin County, Texas___ DIVISION COURT: _366th District Court_
Is this a  [ ] FEDERAL or a [X] STATE case
COURT'S TELEPHONE NUMBER:_____

### SECTION II:  CERTIFIED MAIL
If this verify is for certified mail, the following information must be completed.
1. Did you file this action "Informa Pauperis" or with an "Inability to Pay Affidavit"? [ ] YES [ ] NO
2. Does this involve a lawsuit currently in a state trial court?  [ ] YES  [ ] NO
3. Answer yes or no, is this:
   _____   A motion or response to a motion?
   _____   An amended or supplemental pleading, complaint, or petition?
   _____   A response or answer to a motion?
   _____   A response to an original, amended, or supplemental pleading, complaint, or petition?
4. List parties and/or attorney's names requiring certified mail: _____
_____
5. What rule / statute requires the requested correspondence to be sent via certified mail: _____
_____

### SECTION III:  CORRESPONDENCE          Date of Incident: _____

If this verify is for correspondence, this section must be completed: All co-parties (to include their relation, TDCJ-ID numbers, etc.) to the above styled cause must be listed. _____
_____
_____

### SECTION IV:
### OFFENDER COMMENTS/ADDITIONAL APPLICABLE INFORMATION:
This is a case that I am preparing an 11.07 in, using new evidence & BRADY materials.
SIGNATURE: ____Fred Hoffman_____ DATE:   2/23/21

---

### OFFICE USE ONLY

Unit ATC staff who verified the above information: _____

Name of person you spoke to at the above noted court: _____

Date Verified: _____   Cause Number was [ ] Active [ ] Not Active

If not active, date case was closed / disposed / etc.: _____

ATCP-03

ATC-040
Attachment 3
(Rev. 07/19/17)

## VERIFY E-FORM
### VERIFICATION OF OFFENDER CAUSE NUMBER AND COURT DEADLINE
### FOR SUBSEQUENT STORAGE CONTAINER REVIEW

**PURPOSE OF THE VERIFY:**
☐ Certified Mail   ☐ I/M to I/M Correspondence   ☐ Witness Affidavit   ☒ Subsequent Storage

**SECTION I:  OFFENDER INFORMATION**
**(USE SEPARATE E-FORM FOR EACH CAUSE NUMBER SUBMITTED)**

OFFENDER NAME: _____ FRED HOFFMAN _____ UNIT NAME: BILL CLEMENTS
TDCJ #: __01662898__ CAUSE / APPELLATE #: ___366-81878-09___
CASE STYLE (Ruiz vs. Estelle): _____ STATE OF TEXAS v. FRED HOFFMAN _____
CRIMINAL/CIVIL (Is this Criminal or Civil case): _____ Criminal case _____
DISTRICT COURT: Collin County, Texas   DIVISION COURT: 366th District Court
Is this a ☐ FEDERAL or a ☒ STATE case
COURT'S TELEPHONE NUMBER: _____

**SECTION II:  CERTIFIED MAIL**
If this verify is for certified mail, the following information must be completed.
1. Did you file this action "Informa Pauperis" or with an "Inability to Pay Affidavit"? ☐ YES ☐ NO
2. Does this involve a lawsuit currently in a state trial court? ☐ YES ☐ NO
3. Answer yes or no, is this:
    _____  A motion or response to a motion?
    _____  An amended or supplemental pleading, complaint, or petition?
    _____  A response or answer to a motion?
    _____  A response to an original, amended, or supplemental pleading, complaint, or petition?
4. List parties and/or attorney's names requiring certified mail: _____
_____
5. What rule / statute requires the requested correspondence to be sent via certified mail: _____
_____

**SECTION III:  CORRESPONDENCE**          Date of Incident: _____
If this verify is for correspondence, this section must be completed: All co-parties (to include their relation, TDCJ-ID numbers, etc.) to the above styled cause must be listed. _____
_____
_____
_____

**SECTION IV:**
**OFFENDER COMMENTS/ADDITIONAL APPLICABLE INFORMATION:**
This is a case that I am preparing an 11.07 in, using new evidence & BRADY materials.
SIGNATURE: _O. Fred Hoffman_ DATE: __2/23/21__

| *OFFICE USE ONLY* |
| --- |
| Unit ATC staff who verified the above information: _____ |
| Name of person you spoke to at the above noted court: _____ |
| Date Verified: _____   Cause Number was ☐ Active ☐ Not Active |
| If not active, date case was closed / disposed / etc.: _____ |

Log Book #: _____

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**Disposition of Confiscated Offender Property**

EX. M

**Section I: Identification Information** *[To be completed by staff confiscated property]*

Offender *(Printed Name)*: Hoffman, Fred     TDCJ#: 1462898    Unit: BC    Housing Location: HS A107

Confiscation Date & Time: 03-30-21  1040    Confiscating Officer (Print Name): K. Holt    Property Officer/ Designee (Print Name): _____    Date & Time Rec'd Property Room: _____

NOTE: If items are confiscated from a common area, √ the "Unclaimed Property" box and document the disposition in Section VI.    ☐ Unclaimed Property

**Section II: Confiscation Information** *[If dangerous contraband, the offender does not sign or receive a copy of this from]*

REASON FOR CONFISCATION:  ☐ Dangerous    To Evidence Box/OIG (enter date/time): _____

☐ Non-Dangerous    ☐ Altered    ☐ Solitary    ☐ PHD    ☐ Bench Warrant    ☐ Parole    ☐ Escape    ☐ Death

☐ Offender Requested Disposition    ☐ Restriction (Disc/Medical/Prop/Committee)    ☐ Ad Seg Level____    ☐ Death Row Level____

→ ☒ Improperly Stored    ☐ Ownership Questioned*    ☐ Excessive Amounts* *(quantity more than permitted by policy)*    (*See NOTE in Section III below)

LIST ITEMS/COMMENTS: 6 packs of cookies, 2 magazines, 9 clips, 1 large rubber band, 1 paper clip

NOTE: If extra space is needed to list items, use a PROP-05 and reference control # here: _____

**Section III: Offender Notification** *[Staff must obtain offender signature, and sign to document notification has been provided to offender]*

If you disagree with the decision to confiscate these items, it is your responsibility to notify property staff of your intention to pursue the matter through the Offender Grievance Procedure.

Offender *(Signature)*: *Fred Hoffman*    Date: 3/30/21

Staff Delivering Notice *(Print name)*: K. Holt    Signature/Date: K. Holt LL# 03-30-21

* NOTE TO OFFENDER: If confiscation is due to one of these reasons, you have 7 days to eliminated excess or prove ownership.

**Section IV: Property Returned to Offender** *[Staff must note reason for return of property]*

☐ Established Ownership    ☐ Eliminated Excess    ☐ Storage Space Available    ☐ Bench Warrant Property Requested    ☐ Parole Property Requested

☐ Restriction Lifted    ☐ Promotion to Death Row Level_____    ☐ Promotion to Ad Seg Level_____

Offender Signature:_____    Staff Returning Property (Print Name/Date):_____

**Section V: Offender Requests Disposition** *[Offender must selected the method(s) of disposition and enter signature/date]*

**I want my property to be disposed of as noted below:**

**OPTION 1:** ☐ Mail to the individual shown below from my visitor list (NOTE: Postage must be received within 60 days or TDCJ will dispose of property. If a package is returned as undeliverable, or is refused by the addressee, TDCJ will dispose of the property):

Visitor *(Print Name/Address)*: _____

    **STAFF ACTION:** Property items delivered to Mailroom by *(Print name)*:_____    Signature/Date:_____

    Mailroom Staff receiving property *(Print name)*:_____    Signature/Date:_____

**OPTION 2:** ☐ Give to the individual shown below from my visitor list at the time of a visit (NOTE: Visit must occur within 60 days or TDCJ will dispose of property):

Visitor *(Print Name/Address)*:_____

    **STAFF ACTION:** Property released during visitation by *(Print name)*:_____    Signature/Date:_____

    Visitor receiving property *(Print name)*:_____    Signature/Date:_____

**OPTION 3:** ☐ I request that TDCJ make appropriate disposition of this property.

**Offender** *(Print name & TDCJ #)*:_____    Signature/Date:_____

**Section VI: TDCJ Disposition of Property** *[To be completed by Property Room Staff and Witness]*

The above listed property has been disposed of in the following manner, if necessary to process multiple items, more than one option may be used:

☐ Destroyed *(Witness required)*;    ☐ Recyclable Item *(Complete the PROP-10)*;    ☐ Donated to *(Charitable Organization)*:_____

Property Room Staff *(Print Name)*:_____    Signature/Date:_____

Staff Witness to Destruction of Property *(Print Name)*:_____    Signature/Date:_____

PROP-08 (1-1-2005)    Original to Offender File; Yellow to Property Room; Pink to Offender

EX. N

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**Storage Container Record**

*Instructions:* Complete and affix to the outside center front (under hasp) of the container.

**I. Offender Information**

Offender *(Print name)*: Hoffman, Fred.   TDCJ #: 1662898

**II. Container Information**

Container to be used for *(Enter in box below)*:

*(Print in the designated color)*; LEGAL in black; EDUCATIONAL in blue

Legal 2 foot locker

Container #: footlocker #2   Issued *(Enter initial issue date)*: 03-30-21

Law Library Staff *(Print name & Sign)*: K. Holt CLIV

**III. Validation Reviews**

| DATE | INITIALS | DATE | INITIALS | DATE | INITIALS | DATE | INITIALS |
|------|----------|------|----------|------|----------|------|----------|
| 03/30 | K.H | | | | | | |
| | | | | | | | |
| | | | | | | | |

PROP-04.1 (9-1-2002)

Log Book #: _____

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Disposition of Confiscated Offender Property

EX. 0

### Section I:  Identification Information *[To be completed by staff confiscated property]*

Offender *(Printed Name)*: _____  TDCJ#: _____  Unit: _____  Housing Location: _____

Confiscation Date & Time: _____  Confiscating Officer (Print Name): _____  Property Officer/ Designee (Print Name): _____  Date & Time Rec'd Property Room: _____

NOTE:  If items are confiscated from a common area, √ the "Unclaimed Property" box and document the disposition in Section VI.     ☐ Unclaimed Property

### Section II:  Confiscation Information *[If dangerous contraband, the offender does not sign or receive a copy of this from]*

REASON FOR CONFISCATION: ☐ Dangerous          *To Evidence Box/OIG (enter date/time):*_____

☐ Non-Dangerous     ☐ Altered     ☐ Solitary     ☐ PHD     ☐ Bench Warrant ...     ☐ Parole     ☐ Escape     ☐ Death

☐ Offender Requested Disposition   ☐ Restriction (Disc/Medical/Prop/Committee)     ☐ Ad Seg Level_____     ☐ Death Row Level_____

→ ☐ Improperly Stored   ☐ Ownership Questioned*   ☐ Excessive Amounts* *(quantity more than permitted by policy)*     (*See NOTE in Section III below)

LIST ITEMS/COMMENTS: _____

_____

_____

NOTE:  If extra space is needed to list items, use a PROP-05 and reference control # here: _____

### Section III:  Offender Notification *[Staff must obtain offender signature, and sign to document notification has been provided to offender]*

If you disagree with the decision to confiscate these items, it is your responsibility to notify property staff of your intention to pursue the matter through the Offender Grievance Procedure.

Offender *(Signature)*: _____  Date: _____

Staff Delivering Notice *(Print name)*:_____     Signature/Date:_____

* NOTE TO OFFENDER:  If confiscation is due to one of these reasons, you have 7 days to eliminated excess or prove ownership.

### Section IV:  Property Returned to Offender *[Staff must note reason for return of property]*

☐ Established Ownership   ☐ Eliminated Excess   ☐ Storage Space Available   ☐ Bench Warrant Property Requested   ☐ Parole Property Requested

☐ Restriction Lifted   ☐ Promotion to Death Row Level_____     ☐ Promotion to Ad Seg Level_____

Offender Signature:_____     Staff Returning Property *(Print Name/Date)*:_____

### Section V:  Offender Requests Disposition *[Offender must selected the method(s) of disposition and enter signature/date]*

**I want my property to be disposed of as noted below:**

**OPTION 1:**  ☐   Mail to the individual shown below from my visitor list  (NOTE: Postage must be received within 60 days or TDCJ will dispose of property.  If a package is returned as undeliverable, or is refused by the addressee, TDCJ will dispose of the property):

Visitor *(Print Name/Address)*:_____

STAFF ACTION:  Property items delivered to Mailroom by *(Print name)*:_____  Signature/Date:_____

Mailroom Staff receiving property *(Print name)*:_____  Signature/Date:_____

**OPTION 2:**  ☐   Give to the individual shown below from my visitor list at the time of a visit   (NOTE: Visit must occur within 60 days or TDCJ will dispose of property):

Visitor *(Print Name/Address)*:_____

STAFF ACTION:  Property released during visitation by *(Print name)*:_____  Signature/Date:_____

Visitor receiving property *(Print name)*:_____  Signature/Date:_____

**OPTION 3:**  ☐   I request that TDCJ make appropriate disposition of this property.

**Offender *(Print name & TDCJ #)*:**_____     Signature/Date:_____

### Section VI:  TDCJ Disposition of Property *[To be completed by Property Room Staff and Witness]*

The above listed property has been disposed of in the following manner, if necessary to process multiple items, more than one option may be used:

☐ Destroyed *(Witness required)*;     ☐ Recyclable Item *(Complete the PROP-10)*;   ☐ Donated to *(Charitable Organization)*:_____

Property Room Staff *(Print Name)*:_____     Signature/Date:_____

Staff Witness to Destruction of Property *(Print Name)*:_____     Signature/Date:_____

PROP-08 (1-1-2005)          Original to Offender File; Yellow to Property Room; Pink to Offender