
Case 2:18-cv-00333   Document 127   Filed on 06/07/21 in TXSD   Page 1 of 3

United States Courts
Southern District of Texas
FILED

JUN 07 2021

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

FRED HOFFMAN, III, §
 Plaintiff, §
v. § CIVIL ACTION NO. 2:18-CV-333
§
JEFFERY RICHARDSON, et al., §
 Defendants. §

**PLAINTIFF'S SUPPLEMENTAL APPENDIX TO ALL EXHIBITS FOR AMENDED MOTION FOR TRO & PRELIMINARY INJUNCTION FOR PLAINTIFF TO BE RETURNED TO THE MCCONNELL UNIT**

LIST OF DOCUMENTS:

EXHIBIT A - Plaintiff's TDCJ Grievance History until 10/2020   - 07 pages

EXHIBIT B - Plaintiff's TDCJ Disciplinary history until 9/2020   - 09 pages

EXHIBIT C - Plaintiff's resume from 1996 until 2006   - 05 pages

EXHIBIT D - Plaintiff's brief BIO & Summary used on websites   - 02 pages

EXHIBIT E - Copies of TDCJ's Grievances against LT. GONZALEZ   - 07 pages

EXHIBIT F - Petition for Relief sent to Senator Whitmire & press   - 13 pages

EXHIBIT G - Four news articles that discuss demotion of MAJOR   - 19 pages

EXHIBIT H - Verified affidavit written by Plaintiff for court   - 10 pages

EXHIBIT I - Three letters from attorneys who reviewed my work   - 04 pages

EXHIBIT J - Breakdown & Summary of four lawsuits by the Plaintiff   - 09 pages

EXHIBIT K - Carbon copy of STEP 1 Grievance for retalitory transfer - 03 pages

EXHIBIT L - Plaintiff's heat restrictions as of 11/08/2017   - 02 pages

EXHIBIT M - 3 sets of grievances over access to 'respite' areas   - 13 pages

EXHIBIT N - TDCJ Ombudsman complaint over access to 'respite' area - 31 pages

EXHIBIT O - Four Ombudsman complaints & 2 responses from TDCJ   - 10 pages

EXHIBIT P - TDCJ Grievances Step 1 & 2 - 2020040636 - 4/3/2020   - 18 pages

EXHIBIT Q - Carbon copy of grievance over opening of legal mail   - 03 pages

EXHIBIT R - Carbon copy of I-60 over opening legal mail for 328   - 03 pages

| | |
|---|---|
| EXHIBIT S - Two Ombudsman complaints over legal mail issues | - 15 pages |
| EXHIBIT T - Partial list of certified tracking numbers used | - 02 pages |
| EXHIBIT U - Affidavit & Opinion from case 2:11-CV-027 | - 05 pages |
| EXHIBIT V - Affidavit & Order from case 2:11-CV-320 | - 05 pages |
| EXHIBIT W - Affidavit & Order from case 2:12-CV-319 | - 04 pages |
| EXHIBIT X - Background on two of Plaintiff's cases in State Court | - 05 pages |
| EXHIBIT Y - Response from U.S. Ambassador to the United Nations | - 35 pages |
| EXHIBIT Z - Current TDCJ's CHMC D-27.2 version from 2019 | - 07 pages |
| EXHIBIT AA - Medical information on Plaintiff's medications | - 28 pages |

### INITIAL GRIEVANCES & OMBUDSMAN COMPLAINTS AGAINST BILL CLEMENTS UNIT STAFF

| | |
|---|---|
| **EXHIBIT BB** - TDCJ Step 1 Grievance 2021062520 and much more | - 07 pages |
| EXHIBIT CC - Ombudsman complaint over strobe lights & more | - 03 pages |
| EXHIBIT DD - TDCJ Step 1 Grievance 2021079980 and much more | - 12 pages |
| EXHIBIT EE - Continuing harm TDCJ Step 1 Grievance 3/17/2021 | - 03 pages |
| EXHIBIT FF - Denial & Interference with Access to Courts GRV's | - 05 pages |

### SUPPLEMENTAL EXHIBITS JUST NOW BEING PROVIDED FOR THE SECOND TIME

| | |
|---|---|
| EXHIBIT GG - Plaintiff's medication list as of 05/29/17 & 6/29/17 | - 07 pages |
| EXHIBIT HH - Plaintiff's heat restrictions as of 07/03/17 | - 02 pages |
| EXHIBIT II - Complete file for GRV# 2017113445 - 08/31/17 | - 37 pages |
| EXHIBIT JJ - Plaintiff's heat restrictions as of 07/17/17 | - 02 pages |
| EXHIBIT KK - Plaintiff's medication list as of 09/29/17 | - 04 pages |
| EXHIBIT LL - Plaintiff's heat restrictions as of 12/23/18 | - 02 pages |
| EXHIBIT MM - Plaintiff's heat restrictions as of 06/28/20 | - 02 pages |
| EXHIBIT NN - Plaintiff's medication list as of 01/28/21 | - 04 pages |
| EXHIBIT OO - Plaintiff's heat restrictions as of 03/22/21 | - 02 pages |

EXHIBIT PP - Plaintiff's medication list as of 03/22/21           - 04 pages

EXHIBIT QQ - DOCKET for case 2:11-CV-027 - LAMB v. CRITES          - 14 pages

EXHIBIT RR - Copy of DE No. 69, from case 2:11-CV-027              - 28 pages

EXHIBIT SS - Copy of Step 1 & 2 Grievances 2012209730              - 05 pages

EXHIBIT TT - Copy of Step 1 & 2 Grievances 2013110591              - 06 pages

EXHIBIT UU - Copy of Step 1 & 2 Grievances 2013135110              - 05 pages

EXHIBIT VV - Copies of pending Grievances against BC Unit staff    - 29 pages

EXHIBIT WW - Copies of Ombudsman complaints against BC Unit staff  - 21 pages

EXHIBIT XX - TDCJ's IOC "Summer Seasonal Prepardness 2020"         - 02 pages

EXHIBIT YY - USPS Service Request # 24511062 for lost legal mail   - 02 pages

EXHIBIT ZZ - Plaintiff's Declaration in support of TRO & responses - 35 pages

## SUPPLEMENTAL POTENTIAL SEALED EXHIBITS ALREADY MAILED ON 4/10/2021

EXHIBIT 01 - 08/20/20 - Letter from counsel to Plaintiff - in 328  -- 03 pages

EXHIBIT 02 - 09/23/20 - Letter from counsel to Plaintiff - in 328  - 06 pages

EXHIBIT 03 - 10/14/20 - Letter from counsel to Plaintiff - in 328  - 03 pages

EXHIBIT 04 - 11/02/20 - Letter from Plaintiff to counsel - in 328  - 13 pages

EXHIBIT 05 - 11/17/20 - Letter from counsel to Plaintiff - in 328  - 02 pages

EXHIBIT 06 - 11/20/20 - Letter from Plaintiff to counsel - in 328  - 35 pages

EXHIBIT 07 - 12/04/20 - RE-SEND 11/02/20 letter to counsel in 328  - 02 pages

EXHIBIT 08 - 12/06/20 - RE-SEND 11/20/20 letter to counsel in 328  - 03 pages

EXHIBIT 09 - 01/18/21 - Letter from counsel to Plaintiff - in 328  - 04 pages

EXHIBIT 10 - 01/20/21 - Letter from Plaintiff to counsel - in 328  - 04 pages

EXHIBIT 11 - 01/28/21 - Letter from Plaintiff to counsel - in 328  - 47 pages

EXHIBIT 12 - 02/02/21 - Letter from counsel to Plaintiff - in 328  - 04 pages

EXHIBIT 13 - 02/18/21 - Letter from Plaintiff to counsel - in 328  - 05 pages

EXHIBIT 14 - 02/22/21 - Letter from Plaintiff to counsel - in 328  - 04 pages