UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FRED HOFFMAN, III, | § |
| | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 2:18-CV-333 |
| | § |
| JEFFERY RICHARDSON, | § |
| | § |
| Defendant. | § |

**ORDER GRANTING PLAINTIFF'S
<u>REQUEST FOR THE COURT TO MAIL CERTAIN FILINGS</u>**

Plaintiff Fred Hoffman, appearing *pro se* and *in forma pauperis*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. In a letter dated June 12, 2021, Plaintiff requests that the Court send: (1) one copy of Docket Entry 111 and the five attachments, to be mailed to Plaintiff; and (2) two copies of supplemental exhibits GG-YY attached to Docket Entry 127, with one copy to be mailed to Plaintiff and the other copy to be mailed to Defendant's counsel Jonathan M. Pena. (D.E. 130).[1]

The Court is generally not in the business of being a copy service for the parties appearing before it. However, the Clerk of Court has received sufficient

---

[1] Because all of these exhibits were originally filed by Plaintiff, the undersigned will permit him to receive copies of the requested documents even though they have been placed under seal.

funds to cover the copy fees for the requested documents. Accordingly, Plaintiff's request for the copies identified above (D.E. 130) is **GRANTED**. The Clerk of Court is **ORDERED** to mail the requested copies to Plaintiff and Mr. Pena as directed in his letter.

    ORDERED this 24th day of June, 2021.

                                                   Jason B. Libby
                                    United States Magistrate Judge