United States District Court
Southern District of Texas
**ENTERED**
December 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FRED HOFFMAN, III, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-333 |
| | § | |
| JAVIER MURO, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of Plaintiff Fred Hoffman, III's ("Hoffman") motions for a temporary restraining order and/or for preliminary injunction, Dkt. Nos. 91 and 102; Defendant Jeffrey Richardson's ("Richardson") Motion for Summary Judgment, Dkt. No. 93; Plaintiff's identical motions to replace Richardson with Texas Department of Criminal Justice ("TDCJ") Director Lori Davis, Dkt. Nos. 113 and 120; and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 134. The deadline to file objections has passed, and no objections have been filed.[1]

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 134. The Court therefore:

- **DENIES** Plaintiff's motions for a TRO and/or preliminary injunction, Dkt. Nos. 91 and 102;

- **DENIES** Plaintiff's motions to replace Richardson with TDCJ Director Lori Davis, Dkt. Nos. 113 and 120;

- **DENIES** Plaintiff's motion to amend, construed as embedded within his response to the motion for summary judgment, Dkt. No. 121; and

---

[1] Plaintiff has requested and has been granted three extensions to respond to the M&R. Dkt. Nos. 141, 142, 143, 144, 150 and 151. Plaintiff's final deadline to respond to the M&R was November 10, 2021. Dkt. No. 151. On November 15, 2021, Plaintiff filed a document titled "Supplemental Exhibit FF" in which Plaintiff complained of mail irregularities. Dkt. No. 156. To the extent that the November 15, 2021 document can be construed as a response and/or objections to the M&R, it fails to address the arguments in the M&R.

- **GRANTS** Richardson's Motion for Summary Judgment, Dkt. No. 93.

Plaintiff's retaliation claims against Richardson for injunctive relief are **DISMISSED AS MOOT.**

SIGNED this 6th day of December 2021.

_____
Hilda Tagle
Senior United States District Judge